UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 05, 2023

Frank Robert Jakes
Johnson Pope Bokor Ruppel & Burns, LLP
401 E JACKSON ST STE 3100
PO BOX 1100
TAMPA, FL 33602

Appeal Number: 23-12462-A
Case Style: Hyde Park Storage Suites Daytona, LLC, et al v. Crown Park Storage Suites, LLC, et al
District Court Docket No: 6:20-cv-01320-RBD-RMN

Based upon the responses of the parties, it appears that this court has jurisdiction to consider this appeal. A final determination regarding jurisdiction will be made by the panel to whom this appeal is submitted on the merits.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

JUR-3 Ntc of prob juris